FILED

DANIEL THOMAS DIEHL (Full Name)
7607 SANTA MONICA BLVD STE. 23 (Address Line 1)
WEST HOLLYWOOD CA. 90046 (Address Line 2)
818-941-9299 (Phone Number)

Plaintiff in Pro Per

2019 JAN 14 PM 4:16

U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY:_____

LACV1900289-JFW-JC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL THOMAS DIEHL,

Plaintiff,

vs.

DARYL L. OSBY, TREVER RICHMOND
ARMANDO HOGAN, TIM McDONNELL,
MICHAEL MOORE, KRIS PRITCHER, JOHN STERMAN
CORY POIKA, STEVEN D. LAURIE, JOHN DOE X 10

Defendant(s).

Case No.: _____
(To be supplied by the Clerk)

Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)

Jury Trial Demanded: ☑ Yes  ☐ No

(All paragraphs and pages must be numbered.)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because All Violations occurred in Los Angeles County

1

Pro Se Clinic Form

*Page Number*

## III. PARTIES

3.  Plaintiff _DANIEL THOMAS DIEHL_ resides at:
*(your full name)*

_7607 SANTA MONICA BLVD. Ste. 73_

_WEST HOLLYWOOD CA. 90046_
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4.  Defendant _DARYL L. OSBY_ works at
*(full name of Defendant)*

_LOS ANGELES COUNTY FIRE DEPARTMENT_
*(Defendant's place of work)*

Defendant's title or position is _COMMANDER / CHIEF_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _Before, During & After Shift, I was TERRORIZED Night & DAY, 24/7 365 PlUS DAYS BY HIS STAFF (Employees)_

5.  Defendant _MICHAEL MOORE_ works at
*(full name of Defendant)*

_LOS ANGELES POLICE DEPARTMENT_
*(Defendant's place of work)*

Defendant's title or position is _POLICE CHIEF_
*(Defendant's title or position at place of work)*

_ADDITIONAL DefeNDeNTS - Kris Pritchek, John SHERMAN, Cory PALKA, Steven LARRIE_ [SAME CHARGES]

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _LAPD ASSISTED IN AND He COMMANDED THE STALKING AND ATTEMPTED MURDERS BY NeighborHood Watch's Game PlAYERS - DID Nothing What So ever TO PROTECT MY Rights AS A HARD WORKING TAX PAYING Citizen OF LOS ANGELES FOR 30 PlUS YEARS_

Pro Se Clinic Form                    *Page Number*

____. Defendant _Jim McDonnell_ works at
Insert ¶ #                    (full name of Defendant)
_Los Angeles County Sheriff_.
                    (Defendant's place of work)

Defendant's title or position is _Former Sheriff_.
                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

        ☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because _Aided in the_
_Terrorism by both Drone and Aircraft_
_both fake (projected image) and real_

____. Defendant _Trevor Richmond_ works at
Insert ¶ #                    (full name of Defendant)
_Los Angeles County Fire Department_.
                    (Defendant's place of work)

Defendant's title or position is _Captain of Air Division_.
                    (Defendant's title or position at place of work)

_Additional Defendant - Armando Hogan - Commanded Vehicles_

This Defendant is sued in his/her (check one or both):

        ☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because _Commanded_
_all Aircraft / Drone (fake Aircraft)_
_used in the Terrorism &_
_Stalking 365 plus days 24/7_

3

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ # BEGINNING ON DATE OF DISCOVERY, OCTOBER 9TH 2017 ALL DEFENDENTS BEGAN AN All OUT ASSULT OF TERROR, BY DRONE, AIRCRAFT FIRE TRUCKS, AMBULANCES, LAPD & SHERIFF VECHICLES AS WELL AS 100'S TO 1,000'S OF VECHICLES BY THE NEIGHBORHOOD WATCH OR GAME PLAYERS. PRETTY MUCH All LISTED DEFENDENTS WERE AWARE OF MY STALKING AND TERRORISM AND DID NOTHING TO STOP IT. THIS All

Insert ¶ # BEGAN WHEN I DISCOVERED MEMBERS OF THE FIRE DEPARTMENT HAD BEEN SELLING PORNOGRAPY OF MYSELF AND MY EX WIFE ON ALIBABA OVERSEAS. See (EXHIBIT A) THEN THEY CREATED A GAME APP WITH APK PURE IN WHICH THEY CHASED ME All OVER TOWN ATTEMPTED TO MURDER ME BY CAR CRASH 122 TIMES I'VE

Insert ¶ # BEEN IN 2 NEAR FATAL CRASHES, AS IN THE APP THEY CHASE YOU SO MUCH AND SO MANY CARS, it IS ENEVITABLE (ACCIDENTS) THEY BEGAN A SMEAR CAMPAIGN ON GIPHY, GOOGLE +, FACE BOOK AND UTUBE, THEY CALLED ME A FAG 2,000+ TIMES THREATENED TO TURN ME INTO A TRASSEXUAL BY CUTTING OF MY COCK AND GIVING ME 2 VIGANIAS REPEATIVLY. THEY HACK YOUR LIFE DESTROYING MOST EVIDENCE AFTER THEY MENTALLY ANGUISH it INTO YOUR HEAD

"W"

4

Insert ¶ #

FOR CHRISAKES THEY SAID THEY'D CUT A 'W' 2 VAGINAS SO MANY TIMES I CRINGE WHEN I HAVE TO WRITE OR SEE THE LETTER 'W' THEY SPENT SO MUCH TIME AND TAX PAYER DOLLARS ON TRYING TO GET ME TO COMMIT SUICIDE IT IS STAGGERING

Insert ¶ #

I SAT ON THE EDGE OF A BRIDGE 45MIN ON THE 101 AND NO FIRE, PARAMEDIC OR POLICE SHOWED BUT ALL THE GAME PLAYERS DROVE BACK AND FORTH HOPING TO SEE A SUICIDE I WAS APALLING AND

Insert ¶ #

DISGUSTING THAT WE PAY OUR HARD EARNED TAX PAYER DOLLARS TO THE POLICE AND FIRE DEPARTMENT TO DEVELOP APPS THAT KILL PEOPLE OR MAKE THEM COMMIT SUICIDE (SEE EXHIBIT B) - SEE EXHIBIT C, FOR WORK PLACE HARRASMENT, D-FOR "THE CODE" E-PHYSICAL EVIDENCE

5

Pro Se Clinic Form                    Page Number

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
*Insert ¶ #*

§ 4, 43, 44, 45A, 46A, 46, 48.5, 51.9, 52.1, 52.3, 1798.93

____. The above civil right was violated by the following Defendants:
*Insert ¶ #*

DARYL L. OSBY, TREVOR RICHMOND, ARMANDO HOGAN, MICHAEL MOORE, JIM MCDONNELL, KRIS PRITCHER, JOHN SHERMAN, CORY PALKA, STEVEN D. LAVRIE

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

____.
*Insert ¶ #*

BY COMMANDING THEIR EMPLOYEES AND CITIZENS ON PATROL TO PARTAKE IN SUCH A SICKING AND DISTURBING NOT ONLY DESTRUCTION OF RIGHTS, BUT THE COMPLETE AND UTTER DESTRUCTION OF MY LIFE

____. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
*Insert ¶ #*

LOSS OF UNION JOB, LOSS OF WIFE, DESTRUCTION OF FAMILY, FORCED ME INTO HOMELESSNESS 5 TIMES BY INTERFERING WITH EMPLOYMENT, MENTAL ANGUISH, HORRIFIED AFTER ATTEMPTS TO MURDER ME, DESTRUCTION AND IMPOUNDING OF 8 VEHICLES, THEN WIPING THEM FROM DMV RECORDS AFTER WRONGFULLY IMPOUNDING, & DESTROYING EVIDENCE

Pro Se Clinic Form                     Page Number  6

**Claim #(   )**
(insert Claim#)

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

____. DESTRUCTION OF PROPERTY
Insert ¶ #

ILLEGAL IMPOUNDING
AND DESTRUCTION OF EVIDENCE

Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ # MICHAEL MOORE, KRIS PRITCHER, JIM McDONNELL
John Doe X 10
DARYL OSBY - (UNKNOWN)
AND EMPloyees

(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)

____. JIM McDONNELL
Insert ¶ # COMMANDED SHERIFFS WHO
PLACED CAMERAS AND RECORDING GEAR
INTO ALL 8 Vehicles

MICHAEL MOORE & KRIS PRITCHER COMMANDED
UNITS THAT illegally SEIZED Vehicles & Destroyed Evidence

____. As a result of the Defendant's violation of the rights giving rise to this
Insert ¶ # claim, Plaintiff was harmed in the following way: LOSS OF JOBS
FORCED INTO HOMELESSNESS.
REPEATITIVE
MENTAL ANGUISH

7

Pro Se Clinic Form                          Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ #

500 BILLION FROM THE CITY, AND 500 BILLION FROM THE COUNTY

EXPLAINED

Insert ¶ #

I INTEND TO USE WHATEVER FUNDS AWARDED TO LOBBY FOR LAWS AGAINST

Insert ¶ #

DRONES FOR USE IN THE SALE OF PORNOGRAPHY OF UNSUSPECTING LOS ANGELES CITIZENS

Insert ¶ #

AND TOUGHER LAWS ON TERRORISM OF CITIZENS, THE BANNING OF NEIGHBORHOOD WATCH CITIZENS ON PATROL AS 80% ARE CRIMINALS JUST TRYING TO GET A LEG UP ON POLICE, THE OTHER 20% ARE MURDERERS GIVEN A LICENSE TO KILL BY THE LAND

Dated: 1/14/19

Sign: _____

Print Name: DANIEL THOMAS DIEHL

8

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 1/14/19

Sign: _____

Print Name: DANIEL THOMAS DIEHL

Pro Se Clinic Form